

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00659-CR

**EX PARTE** Daniel Ayala **URIBE**

From the County Court, Kinney County, Texas
Trial Court No. 13298CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:  Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice
     Lori Massey Brissette, Justice

Delivered and Filed: November 27, 2024

DISMISSED

Appellant Daniel Ayala Uribe has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, signed by Ayala Uribe and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH